```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

WACHOVIA BANK NATIONAL        }
ASSOCIATION,                  }
                              }
     Plaintiff,               }    CIVIL ACTION NO.
                              }    09-JEO-0729-S
v.                            }
                              }
ABENTEUR HOLDINGS, INC., et   }
al.,                          }
                              }
     Defendants.              }
```

## **ORDER**

Defendant, Abenteur Holdings, Inc., not having filed any objection to the report and the recommendation of the magistrate judge that a default judgment be entered against it is found to be well taken, and the report and recommendation in that regard is ADOPTED by this court.  Accordingly, plaintiff, Wachovia Bank National Association, shall have and recover of defendant, Abenteur Holdings, Inc., the sum of $801,374.66, plus interest of $100.69 per day from July 22, 2009, until today.

Because the other two defendants, Donald M. Gardner and Roxanne D. Gardner, filed a petition in bankruptcy on July 20, 2009, and the automatic stay has not been lifted, the stay recognized by the magistrate judge shall remain in effect unless and until lifted by the bankruptcy court, or plaintiff pursues its claim against the debtors in the bankruptcy court, in which event this action will be dismissed without prejudice to plaintiff's

right to proceed in the bankruptcy court.  In compliance with this order, the case is again REFERRED to Magistrate Judge John E. Ott.

Costs are taxed against defendant, Abenteur Holdings, Inc.

DONE this 8th day of September, 2009.

                                            _____
                                            WILLIAM M. ACKER, JR.
                                            UNITED STATES DISTRICT JUDGE